**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**DESADRA TONEY,**

      **Plaintiff,**

**v.**                                                                        **Civil Action No. 2:16-cv-461**

**NORFOLK REDEVELOPMENT
AND HOUSING AUTHORITY,**

      **Defendant.**

### FED. R. CIV. P. 41(a)(1)(A)(ii)
### STIPULATION OF DISMISSAL

Plaintiff Desadra Toney and defendant Norfolk Redevelopment and Housing Authority, by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that this action is DISMISSED WITH PREJUDICE, each party bearing its own costs and attorney's fees.

Dated:  October 11, 2016

| | |
|---|---|
| */s/ Sarah Black* | */s/ David C. Hartnett* |
| Sarah Black, VSB No. 70813 | David C. Hartnett, VSB No. 80452 |
| Legal Aid Society of Eastern Virginia | CRENSHAW, WARE & MARTIN, P.L.C. |
| 125 St. Paul's Blvd., Suite 400 | 150 W. Main Street, Suite 1500 |
| Norfolk, VA 23510 | Norfolk, VA 23510 |
| Telephone:  (757) 627-5423 | Telephone:  (757) 623-3000 |
| Facsimile:  (757) 627-7582 | Facsimile:  (757) 623-5735 |
| sarahb@laseva.org | dhartnett@cwm-law.com |
| *Counsel for Desadra Toney* | *Counsel for Norfolk Redevelopment and Housing Authority* |